# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GREG J. BERKOWITZ and MICHELLE BERKOWITZ,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYVIEW LOAN SERVICING, LLC, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:13-CV-00759-JAD<br><br>**Order Denying Motion for Withdrawal of the Reference to the Bankruptcy Court [#6]** |

Before the Court is Plaintiffs Greg and Michelle Berkowitz's unopposed Motion for Withdrawal of the Reference to Bankruptcy Court Pursuant to 28 U.S.C. § 157(d).[1] As there remains no bankruptcy case to withdraw, the motion is denied with prejudice.

## Discussion

On September 29, 2011, Greg Berkowitz filed a Chapter 7 bankruptcy petition.[2] On January 3, 2012, the bankruptcy court entered an order discharging Debtor Berkowitz.[3] On February 5, 2013, Berkowitz filed a motion to reopen the chapter 7 case to determine violations of the discharge injunction and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 against Defendants.[4] Notably, Berkowitz stated that "[t]he filing of an adversary proceeding is not necessary in order to

---

[1] Doc. 6.

[2] *In re Berkowitz*, 11-25333-LBR (Bankr. Nev.).

[3] BK Doc. 19.

[4] BK Doc. 22 at 4-5.

seek damages for violations of the discharge injunction or other Court orders. . . ,"  and Berkowitz never brought an adversary proceeding before the bankruptcy court.[5]

On May 9, 2013, the bankruptcy court entered an order reopening the case for hearing, denying the Berkowitzes' motion, and instructing the clerk of court to close the case upon entry of the order.[6] That same day, the bankruptcy court entered a final decree discharging the trustee and closing the case.[7] There are no further matters pending before the bankruptcy court. For that reason there is no pending matter to withdraw from the bankruptcy court.

### Conclusion

Accordingly, IT IS HEREBY ORDERED that the Berkowitz Plaintiffs' Motion for Withdrawal of the Reference **[Doc. 6] is DENIED** with prejudice.[8]

Dated this 16th day of April, 2014.

_____
Jennifer A. Dorsey
United States District Judge

---

[5] *Id*. at 4.

[6] BK. Doc. 33 at 3.

[7] BK Doc. 34.

[8] The Court notes that there are other matters pending in this case and will address those matters in due course.