**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GREG J. BERKOWITZ and MICHELLE BERKOWITZ | Case No.: 2:13-cv-00759-JAD |
| Plaintiff, | **Order of Final Dismissal** |
| vs. | |
| BAYVIEW LOAN SERVICING, LLC, and DOES 1-10, inclusive, | |
| Defendants. | |

     Plaintiffs Greg and Michelle Berkowitz sued Bayview Loan Servicing, LLC for purported FDCPA violations.  Doc. 1.  On July 25, 2014, the court granted Bayview's motion to dismiss (Doc. 7) on all claims, and gave plaintiffs 20 days to file an amended complaint if they could cure the defects identified in the dismissal order.  Doc. 28.  The order cautioned the Berkowitzes that their failure to file a timely amended complaint would result in their claims being "deemed abandoned and this action" being "dismissed with prejudice."  *Id*. at 6.

     More than 20 days have passed since the court issued its order permitting leave to amend, and plaintiffs have not amended their complaint.  Accordingly, this action is deemed abandoned, and

     IT IS HEREBY ORDERED that this action is dismissed with prejudice.  The Clerk of Court is instructed to close this case.

     Dated this 5th day of September, 2014.

_____
Jennifer A. Dorsey
United States District Judge